# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

February 10, 2015

Before:

JOEL M. FLAUM, Circuit Judge

FRANK H. EASTERBROOK, Circuit Judge

MICHAEL S. KANNE, Circuit Judge

| No. 14-2607 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>KAMAL PATEL,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cr-00491-5<br>Northern District of Illinois, Eastern Division<br>District Judge Robert M. Dow ||

The judgment of the District Court is AFFIRMED, in accordance with the decision of this court entered on this date.